UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARRON WILLIAMS, | ) | CASE NO. CV 11-3820-DDP (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| SUSAN HUBBERT, WARDEN, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the "Order Denying Request for Extension of Time to File Habeas Petition and Dismissing Matter Without Prejudice,"

    IT IS ADJUDGED that the Request is denied and the action is dismissed without prejudice.

    DATED:   November 10, 2011.

                                                DEAN D. PREGERSON
                                              UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Williams v Hubbert CV11-3820 Judgmnt.wpd